UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :    CRIMINAL NO. 22-cr-368 |
| v. | : |
| | : |
| RICHARD MASTERS, | : |
|     Defendant. | : |
| | : |

### ORDER

Upon the joint motion of the United States of America (the "Government") and the defendant, Richard Masters ("Masters"), for exclusion of time under the Speedy Trial Act, and finding in accordance with: (1) 18 U.S.C. § 3161(h)(2) in that prosecution is deferred by the attorney for the Government pursuant to a written agreement with Masters, with the approval of the Court, for the purpose of allowing Masters to demonstrate his good conduct; and (2) 18 U.S.C. § 3161(h)(7)(A) in that the ends of justice in granting the extension of the speedy trial deadline outweigh the best interests of the public and the defendant in a speedy trial,

It is hereby, ORDERED that all further criminal proceedings in this matter, including trial but excepting the Government's motion for interlocutory sale of the Luxury Yacht Tango, be continued until further motion of the parties; and

It is further ORDERED that this Court approves the exclusion from the computation of time in which a trial must be commenced under the Speedy Trial Act a period of 3.5 years from the date on which this Order is entered.

Dated this __13th__ day of __December__ 2023.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE